68084. SUTTER et al. v. TURNER et al.
68085, 68110. HUTCHINGS et al. v. TURNER et al.;
and vice versa.
(332 SE2d 175)

POPE, Judge.
The decision of the Court of Appeals in this case having been reversed in part and affirmed in part by the Supreme.Court, *Sutter v. Hutchings*, 254 Ga. 194 (327 SE2d 716) (1985), our decision in *Sutter v. Turner*, 172 Ga. App. 777 (325 SE2d 384) (1984), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgments reversed in Case Nos. 68084 and 68110. Judgment affirmed in part; reversed in part in Case No. 68085. Banke, C. J., and Benham, J., concur.*

DECIDED MAY 13, 1985.

*Burt DeRieux, Steven J. Misner*, for appellants (case no. 68084).
*Stephen L. Cotter, Robert M. Travis, Robert L. Connelly, Jr.*, for appellees.
*Stephen L. Cotter, Jonathan M. Engram*, for appellants (case no. 68085).
*Robert M. Travis, Robert L. Connelly, Jr., Burt DeRieux, Steven J. Misner*, for appellees.
*Robert M. Travis, Robert L. Connelly, Jr.*, for appellants (case no. 68110).
*Stephen L. Cotter, Burt DeRieux, Steven J. Misner*, for appellees.